UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 16-28563
ALEXANDER S. VASILESKI, )
) Chapter: 7
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER REOPENING CASE AND AUTHORIZING THE**
**UNITED STATES TRUSTEE TO APPOINT A CHAPTER 7 TRUSTEE**

After due notice and a hearing, the United States Trustee's Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee is granted, and, accordingly, it is ordered that this case be reopened and the United States Trustee is authorized to appoint a Chapter 7 trustee in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  January 03, 2017

**Prepared by:**

Adam G. Brief
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street, Room 873
Chicago, IL 60604