

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

NORTHERN DISTRICT OF ILLINOIS, REGION 11

| | | |
|---|---|---|
| *219 S. Dearborn Street* | *Main* | *(312) 886-5785* |
| *Room 873* | *Fax* | *(312) 886-5794* |
| *Chicago, IL 60604* | | |

January 3, 2017

Ira Bodenstein
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street Suite 800
Chicago, IL 60654

    **Re:**    **Case Name: Alexander S Vasileski**
             **Case Number: 16-28563**

Dear Mr. Bodenstein:

    On January 3, 2017, Bankruptcy Judge Timothy A. Barnes entered an Order reopening the above closed Chapter 7 case. Bond is fixed and approved as the blanket bond.

    Effective immediately you are hereby assigned as the Chapter 7 Trustee in the above referenced case. If you reject this appointment, you must notify the Court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

                                      Sincerely,

                                      Patrick S. Layng
                                      United States Trustee

Rejected:

Signature

                                      _____

Date                                      Adam G. Brief
                                      Assistant U.S. Trustee