**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Alexander S Vasileski,. | ) | No. 16-28563 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

**NOTICE OF FILING PER LOCAL RULE 1009-1**

**To: Attached Service List**

PLEASE TAKE NOTICE that on 2/24/16, I caused to be filed with the Clerk of the above named court Debtor's, Amend Schedule A/B, and F, a copy of which is attached to this Notice and hereby served upon you.

/s/ O. Allan Fridman

**CERTIFICATE OF SERVICE**

I, O. Allan Fridman, an attorney, caused a copy of this Notice and Documents to be served upon the attached addresses in the manner indicated and by ECF notification to registered parties, on this 24th day of February 2017.

/s/    O. Allan Fridman

Atty. No. 6274954
O. Allan Fridman
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
(847) 480-1020

1

# SERVICE LIST

By ECF Filing and Mail:

Patrick S Layng,
Office of the U.S. Trustee
Region 11
780 Regent Street Suite 304
 Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

**Ira Bodenstein**
Shaw Fishman Glantz & Towbin LLC
Towbin LLC
321 N Clark Street Suite 800
Chicago, IL 60654
312-666-2861
iratrustee@shawfishman.com

**VIA Mail,**

| | | |
|---|---|---|
| Acs/college Loan Corp<br>501 Bleecker St<br>Utica, NY 13501 | 155 N.MICHGAN#375<br>Chicago, IL 60601 | Indianapolis, IN 46207 |
| Aes/nct<br>Pob 61047<br>Harrisburg, PA 17106 | Credit Coll<br>Po Box 607<br>Norwood, MA 02062 | JULIA M. BROWN<br>C/O JOEL E RABB<br>3550 N LAKESHRE1117<br>Chicago, IL 60657 |
| Bank Of America Std Lo<br>21680 Ridgetop Cir<br>Sterling, VA 20166 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193 | Naume Vasileski<br>5910 Arthur Street<br>Merrillville, IN 46410 |
| Beth Scudder<br>416 W North Water<br>Chicago, IL 60611 | Cy Monley<br>C/O Cole Sadkin<br>20 S Clark 500<br>Chicago, IL 60603 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773 |
| Cci<br>Contract Callers Inc. Cci<br>Augusta, GA 30901 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Navient<br>123 S Justison St Ste 30<br>Wilmington, DE 19801 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Jcitron Law<br>120 W Madison St<br>Chicago, IL 60602 | Slm Financial Corp<br>Po Box 9500<br>Wilkes Barre, PA 18773 |
| COLADARCI<br>COLADARCI | Jpm Chase<br>P.o. Box 7013 | Tsi/79<br>507 Prudential Rd<br>Horsham, PA 19044 |