## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Alexander S Vasileski,. | ) | No. 16-28563 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

### NOTICE OF FILING PER LOCAL RULE 1009-1
**To: Attached Service List**

    PLEASE TAKE NOTICE that on 2/27/17, I caused to be filed with the Clerk of the above named court Debtor's, Amended Schedule H, and Amended Statement of Financial Affairs, a copy of which is attached to this Notice and hereby served upon you.

/s/ O. Allan Fridman

### <u>CERTIFICATE OF SERVICE</u>

    I, O. Allan Fridman, an attorney, caused a copy of this Notice and Documents to be served upon the attached addresses in the manner indicated and by ECF notification to registered parties, on this 27th day of February 2017.

/s/ O. Allan Fridman

Atty. No. 6274954
O. Allan Fridman
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
(847) 480-1020

## SERVICE LIST

By ECF Filing and Mail:

Patrick S Layng,
Office of the U.S. Trustee
Region 11
780 Regent Street Suite 304
 Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

**Ira Bodenstein**
Shaw Fishman Glantz & Towbin LLC
Towbin LLC
321 N Clark Street Suite 800
Chicago, IL 60654
312-666-2861
iratrustee@shawfishman.com

### VIA Mail,

Acs/college Loan Corp
501 Bleecker St
Utica, NY 13501

Aes/nct
Pob 61047
Harrisburg, PA 17106

Bank Of America Std Lo
21680 Ridgetop Cir
Sterling, VA 20166

Beth Scudder
416 W North Water
Chicago, IL 60611

Cci
Contract Callers Inc. Cci
Augusta, GA 30901

Chase Card
Po Box 15298
Wilmington, DE 19850

COLADARCI
COLADARCI

155 N.MICHGAN#375
Chicago, IL 60601

Credit Coll
Po Box 607
Norwood, MA 02062

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Cy Monley
C/O Cole Sadkin
20 S Clark 500
Chicago, IL 60603

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Jcitron Law
120 W Madison St
Chicago, IL 60602

Jpm Chase
P.o. Box 7013

Indianapolis, IN 46207

JULIA M. BROWN
C/O JOEL E RABB
3550 N LAKESHRE1117
Chicago, IL 60657

Naume Vasileski
5910 Arthur Street
Merrillville, IN 46410

Navient
Po Box 9500
Wilkes Barre, PA 18773

Navient
123 S Justison St Ste 30
Wilmington, DE 19801

Slm Financial Corp
Po Box 9500
Wilkes Barre, PA 18773

Tsi/79
507 Prudential Rd
Horsham, PA 19044